ACCEPTED
01-14-00955-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 8:30:43 AM
CHRISTOPHER PRINI
CLERK

## No. 01-14-00955-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/19/2015 8:30:43 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 1383638
In the 177th District Court
Of Harris County, Texas

————————◆————————

### RANDY ALLEN SEGURA
*Appellant*
V.
### THE STATE OF TEXAS
*Appellee*

————————◆————————

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with capital murder by intentionally causing the death of Otis James during the course of a robbery, and the jury found the appellant guilty (CR – 7, 19, 238-39; 5 RR 77). The trial court sentenced him in accordance with the jury's verdict to life in prison without parole in the Texas Department of Criminal Justice, Institutional Division (CR – 238-39; 5 RR 78). The appellant filed a timely notice of

appeal, and the trial court certified that he had the right to appeal (CR – 242-44). The State's brief was due on March 19, 2015. This is the State's first request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over forty megabytes in length split over seven volumes and will take some time to process.

b. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | Jesus Escobar v. The State of Texas<br>No. 01-13-00496-CR<br>Brief Due February 2, 2015 |
| (2) | Brian Victorian v. The State of Texas<br>No. 01-13-01004-CR<br>Brief Due February 11, 2015, *ext'd* March 16, 2015 |
| (3) | Tiquisha Carrol v. The State of Texas<br>No. 14-14-00178-CR<br>Brief Due February 11, 2015 |
| (4) | Manuel Rivera-Sanchez v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due February 27, 2015 |
| (5) | William Delacruz v. The State of Texas<br>No. 01-14-00606-CR<br>Brief Due March 19, 2015 |
| (6) | Eladio Castro Najera v. The State of Texas<br>No. 14-14-00400-CR<br>Brief Due March 23, 2015 |
| (7) | Odel Roderick Allen v. The State of Texas<br>No. 14-14-00708-CR<br>Brief Due April 10, 2015 |
| (8) | James Jones v. The State of Texas<br>No. 01-14-00415-CR<br>Brief Due March 27, 2015 |

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*
**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Ken Goode
P.O. Box 590947
Houston, TX 77259
(409) 779-3631
GoodeDKC@msn.com

/s/ *Katie Davis*

**KATIE DAVIS**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  March 19, 2015